**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Thomas Wade Long, | ) | Civil Action No.  4:25-CV-7702-SAL-KDW |
| | ) | |
| Plaintiff, | ) | (Horry Co. C/A No. 2025-CP-26-02936) |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' NOTICE OF REMOVAL** |
| Horry County Police Department, | ) | |
| William Deitzel, William Dozier, Lisa | ) | |
| Vault, Joseph Hill and Brandon | ) | |
| Strickland, | ) | |
| | ) | |
| Defendants. | ) | |

## INTRODUCTION

1.      Upon information and belief, Plaintiff Thomas Wade Long is a citizen and resident of Horry County, South Carolina.

2.      Defendants Horry County Police Department, William Deitzel, William Dozier, Lisa Vault, Joseph Hill and Brandon Strickland ("Defendants") are all citizens and residents of Horry County, South Carolina.

3.      On April 3, 2025, Plaintiff filed a Summons and Complaint (the "Complaint") in the Court of Common Pleas for Horry County, South Carolina (the "State Court action"), alleging a cause of action against Defendants under 42 U.S.C. § 1983.

4.      Defendants were served with the Summons and Complaint on July 15, 2025.

5.      Defendants filed this Notice of Removal on July 16, 2025 within the 30-day time period prescribed by 28 U.S.C. §1446(b).

## Basis for Removal

6.      Removal is proper because the Plaintiff's Complaint includes allegations

based upon federal law.

7.    Pursuant to federal law, district courts have original jurisdiction over federal law claims and claims arising under the United States Constitution.  28 U.S.C. § 1331; Donaldson v. City of Walterboro Police Dep't, 466 F. Supp. 2d 677, 679-80 (D.S.C. 2006).

8.    Pursuant to 42 U.S.C. § 1983, Plaintiff's Complaint asserts Defendants violated his rights as prescribed by the First and Fourth Amendments to the United States Constitution.

9.    All pleadings, process, orders, and other filings in the State Court action are attached to this Notice of Removal as required by 28 U.S.C. §1446(a).

10.    Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

11.    Defendants will promptly file a copy of this Notice of Removal with the Clerk of State Court where the action has been pending.

### JURY DEMAND

12.    Plaintiffs demanded a jury in the State Court action.

### CONCLUSION

13.    There is federal question jurisdiction—pursuant 28 U.S.C. § 1331—as to Plaintiff's claims brought pursuant to 42 U.S.C. § 1983 in his Complaint.  Finally, this Notice of Removal is timely, as required by 28 U.S.C. §1446(b).

Respectfully Submitted,

RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400

*s/ R. Wilder Harte*
R. Wilder Harte (Fed ID #12514)
wharte@richardsonplowden.com
Ashwin R. Sanzgiri (Fed ID #14093)
asanzgiri@richardsonplowden.com

ATTORNEYS FOR DEFENDANTS

July 17, 2025