**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| Thomas Wade Long, | ) | Civil Action No. _____ |
| | ) | |
| Plaintiff, | ) | (Horry Co. C/A No. 2025-CP-26-02936) |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANTS' ANSWERS TO LOCAL** |
| Horry County Police Department, | ) | **CIVIL RULE 26.01 INTERROGATORIES** |
| William Deitzel, William Dozier, Lisa | ) | |
| Vault, Joseph Hill and Brandon | ) | |
| Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Horry County Police Department, William Deitzel, William Dozier, Lisa Vault, Joseph Hill, and Brandon Strickland (collectively, "Defendants") answer the Local Civil Rule 26.01 Interrogatories as follows:

(A)    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

**Defendants are unaware of any persons or legal entities who may have a subrogation interest in the Plaintiffs' claims at this time.**

(B)    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**

**Plaintiff has demanded a jury trial.**

(C)    State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent

or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:**

> **Not applicable.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:**

> **This district and division embrace the place where the removed action has been pending.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?   If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.   Counsel should disclose any cases which may be related regardless of whether they are still pending.   Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases:  arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**

> **None known at this time.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

      **Defendants are properly identified.**

(G)     If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**

      **None known at this time.**

Respectfully Submitted,

RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400

*s/ R. Wilder Harte*
R. Wilder Harte (Fed ID #12514)
wharte@richardsonplowden.com
Ashwin R. Sanzgiri (Fed ID #14093)
asanzgiri@richardsonplowden.com

ATTORNEYS FOR DEFENDANTS

July 17, 2025

3

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I served the foregoing **DEFENDANTS' ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** on the undersigned counsel by causing a copy of same to be e-mailed and/or mailed by United States Mail, Postage Prepaid, First Class, addressed as follows

Tucker S. Player
Player Law Firm, LLC
512 Village Church Drive
Chapin, SC 29036
tucker@playerlawfirm.com

*s/ R. Wilder Harte*
R. Wilder Harte

July 17, 2025