# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
C/A No.:  4:25-cv-07702-SAL-KDW

Thomas Wade Long,            )
                                    )
           Plaintiff,     )
                                    )
v.                           )     **NOTICE OF APPEARANCE**
                                    )
Horry County Police Department,  )
William Deitzel, William Dozier,  )
Lisa Vaulrt, Joseph Hill and    )
Brandon Strickland,        )
                                    )
           Defendants.  )
_____ )

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in this case for:

      Defendant Brandon Strickland

      I certify that I am admitted to practice in this court.


August 5, 2025
Date

                    Signature: S/Samuel F. Arthur, III (Fed. I.D. No. 7070)

                    Printed Name: Samuel F. Arthur, III

                    Address: P.O. Drawer 1931

                    City: Florence    State: SC    Zip Code: 29503

                    Phone Number: 843.669.8787  Fax Number: 843.664.0097

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
C/A No.:  4:25-cv-07702-SAL-KDW

| | | |
|---|---|---|
| Thomas Wade Long, | ) | |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| v. | ) | |
| | ) | |
| Horry County Police Department, | ) | |
| William Deitzel, William Dozier, | ) | |
| Lisa Vaulrt, Joseph Hill and | ) | |
| Brandon Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

I hereby certify that the foregoing **NOTICE OF APPEARANCE** of Defendant Brandon Strickland was filed electronically on August 5, 2025 and is available for viewing and downloading from the ECF system.  Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D).  The following parties were served via ECF and/or U.S. Mail:

Tucker S. Player, Esquire
Player Law Firm, LLC
512 Village Church Drive
Chapin, SC  29036

S/SAMUEL F. ARTHUR, III
SAMUEL F. ARTHUR, III

Florence, South Carolina