UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
C/A NO.:  4:25-cv-07702-SAL-KDW

| | | |
|---|---|---|
| Thomas Wade Long, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT MOTION FOR WITHDRAWAL** |
| vs. | ) | **AND SUBSTITUTION OF COUNSEL FOR** |
| | ) | **DEFENDANT BRANDON STRICKLAND** |
| Horry County Police Department, | ) | |
| William Deitzel, William Dozier, | ) | |
| Lisa Vault, Joseph Hill and | ) | |
| Brandon Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COMES Defendant Brandon Strickland, pursuant to Local Civil Rule 83.I.07(A), and requests that R. Wilder Harte, Esquire be permitted to withdraw from the lawsuit as counsel of record with the consent of the Defendant Brandon Strickland.

Further, Samuel F. Arthur, III, Esquire, an attorney admitted and authorized to practice in this court, hereby enters his appearance in the above-captioned action as counsel of record for the Defendant Brandon Strickland.  With the permission of the court, Mr. Arthur will immediately substitute for Mr. Harte to represent Defendant Brandon Strickland.  Mr. Harte will remain in the case as counsel of record for all other Defendants

THEREFORE, pursuant to Local Civil Rule 83.I.07(A), Defendant Brandon Strickland requests R. Wilder Harte, Esquire, be permitted to withdraw from the case as counsel of record for Defendant Strickland, and that Samuel F. Arthur, III, Esquire, be immediately substituted as counsel of record for Defendant Brandon Strickland.

Dated this the 5th day of August, 2025.

1

Respectfully submitted.


/S/R. WILDER HARTE
R. WILDER HARTE
Richardson Plowden & Robinson, P.A.
Federal ID # 12514
1900 Barnwell Street
Columbia, SC  29201
Telephone:  803.253.8716
Fax:          803.779.0016
wharte@richardsonplowden.com
**WITHDRAWING COUNSEL FOR**
**BRANDON STRICKLAND**


/S/SAMUEL F. ARTHUR, III
SAMUEL F. ARTHUR, III
Aiken, Bridges, Elliott, Tyler & Saleeby, P.A.
Federal ID #7070
PO Drawer 1931
Florence, SC 29503
Telephone:  843.669.8787
Fax:          843.664.0097
sfa@aikenbridges.com
**APPEARING COUNSEL FOR**
**BRANDON STRICKLAND**

Florence, South Carolina

August 5, 2025.

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **CONSENT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT BRANDON STRICKLAND** was filed electronically on August 5, 2025 and is available for viewing and downloading from the ECF system. Notice of Electronic Case Filing has been sent automatically to all parties listed in the Service List in effect on the date of electronic filing, which constitutes service of same and satisfies the requirements of Fed. R. Civ. P. 5(b)(2)(D). The following parties were served via ECF and/or U.S. Mail:

Tucker S. Player, Esquire
Player Law Firm, LLC
512 Village Church Drive
Chapin, SC  29036

R. Wilder Harte, Esquire
Richardson Plowden & Robinson, P.A.
1900 Barnwell Street
Columbia, SC  29201

S/SAMUEL F. ARTHUR, III
SAMUEL F. ARTHUR, III

(38973)

3