UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
C/A NO.:  4:25-cv-07702-SAL-KDW

| | | |
|---|---|---|
| Thomas Wade Long, | ) | |
| | ) | **CONSENT ORDER** |
| Plaintiff, | ) | **SUBSTITUTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Horry County Police Department, | ) | |
| William Deitzel, William Dozier, | ) | |
| Lisa Vault, Joseph Hill and | ) | |
| Brandon Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It appearing to the Court that, upon initiation of this action, R. Wilder Harte of Richardson Plowden & Robinson, P.A. was retained as counsel to represent the interests of Brandon Strickland, one of the Defendants in this case, and in such capacity, the aforesaid firm appeared in this litigation as counsel for the Defendant, Brandon Strickland; and

NOW, THEREFORE, upon Motion, ECF No. 5, of Samuel F. Arthur, III, of the firm of Aiken, Bridges, Elliott, Tyler & Saleeby, P.A., and with the consent of R. Wilder Harte of Richardson Plowden & Robinson, P.A.,

IT IS HEREBY ORDERED, that the Motion, ECF No. 5, is granted and Samuel F. Arthur, III, be substituted as counsel of record in place of R. Wilder Harte for the Defendant, Brandon Strickland, in this litigation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that R. Wilder Harte, be and hereby is relieved as counsel for the Defendant, Brandon Strickland, in this matter and his attorney-client relationship with the Defendant, Brandon Strickland, in this matter be, and hereby is, terminated.

1

IT IS SO ORDERED.


August 6, 2025                                    Kaymani D. West
Florence, South Carolina                         United States Magistrate Judge



**WE SO MOVE:**                                  **WE CONSENT:**

S/Samuel F. Arthur, III                          S/R. Wilder Harte
Samuel F. Arthur, III (Fed. I.D. # 7070)         R. Wilder Harte (Fed. I.D. #12514)
Aiken Bridges Elliott Tyler & Saleeby, P.A.      Richardson Plowden & Robinson, P.A.
P.O. Drawer 1931                                 P.O. Drawer 7788
Florence, SC  29506                              Florence, South Carolina
(843) 669.8787                                   (803) 771.4400
sfa@aikenbridges.com                             wharte@richardsonplowden.com


*Counsel for Defendant Brandon Strickland*       *Counsel for Defendants Horry County*
                                                 *Police Department, William Deitzel,*
                                                 *William Dozier, Lisa Vault, and Joseph Hill*

2