IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Thomas Wade Long, | ) | Civil Action No. 2025-CV-07702-SAL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| Horry County Police Department, William | ) | |
| Deitzel, William Dozier, Lisa Vault, Joseph | ) | |
| Hill and Brandon Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CIV-799-03

   Plaintiffs' deadline to respond to Defendants' motion to dismiss is due on September 2, 2025.  Plaintiff  requests a 7 day extension of time to respond to Defendants' motion to dismiss. Counsel for Plaintiff was out of the Country between July 30 and August 16, 2025 when the motion to dismiss was filed and has been under a heavy schedule of depositions and hearings since his return.  As such, more time is needed to fully respond.  Counsel for Defendants, Wilder Harte, graciously consents to this motion.

This 2nd day of September, 2025.

PLAYER LAW FIRM, LLC
s/Tucker S. Player; SC Bar No. 16217
FED ID# 7512
512 Village Church Drive
Chapin, SC 29036
(803) 315-6300
Tucker@playerlawfirm.com
Attorney for the Plaintiff