IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Thomas Wade Long, | ) | Civil Action No. 4:25CV07702-SAL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION FOR EXTENSION OF TIME |
| Horry County Police Department, William | ) | |
| Deitzel, William Dozier, Lisa Vault, Joseph | ) | |
| Hill and Brandon Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CIV-799-03

Defendants' filed a motion to dismiss on August 6, 2025. All of the parties, except one, have reached an agreement to resolve this motion whereby Plaintiff shall amend his Complaint within 10 days. Plaintiff is awaiting approval of the Consent Order by the remaining party, whose counsel was inadvertently left out of the communications which led to the agreement. Plaintiff requests an extension until Friday to obtain approval from the final defendant and file the Consent Order resolving the pending motion.

This 10th day of September, 2025.

PLAYER LAW FIRM, LLC
s/Tucker S. Player; SC Bar No. 16217
FED ID# 7512
512 Village Church Drive
Chapin, SC 29036
(803) 315-6300
Tucker@playerlawfirm.com
Attorney for the Plaintiff