IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Thomas Wade Long, | ) | Civil Action No. 4:25-CV-07702-SAL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CONSENT ORDER |
| Horry County Police Department, William | ) | |
| Deitzel, William Dozier, Lisa Vault, Joseph | ) | |
| Hill and Brandon Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants filed a Motion to Dismiss on August 6, 2025. ECF No. 8. The parties have reached an agreement to resolve this Motion whereby Plaintiff shall amend his Complaint within 10 days.  The parties further agree that, if necessary, Defendants may file a subsequent motion to dismiss after the amendment.  Therefore, by consent of all parties, the Motion to Dismiss is resolved and Plaintiff shall amend his complaint within 10 days of the date of this Order.

IT IS SO ORDERED.

September 11, 2025                                        Kaymani D. West
Florence, South Carolina                          United States Magistrate Judge

I CONSENT:


PLAYER LAW FIRM, LLC
s/Tucker S. Player; SC Bar No. 16217
FED ID# 7512
512 Village Church Drive
Chapin, SC 29036
(803) 315-6300
Tucker@playerlawfirm.com
Attorney for the Plaintiff

I CONSENT:


RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400
*s/ R. Wilder Harte*
R. Wilder Harte (Fed ID #12514)
wharte@richardsonplowden.com
Ashwin R. Sanzgiri (Fed ID #14093)
asanzgiri@richardsonplowden.com
ATTORNEYS FOR DEFENDANTS HORRY
COUNTY POLICE DEPARTMENT, WILLIAM
DEITZEL, WILLIAM DOZIER, LISA VAULT,
AND JOSEPH HILL

AIKEN BRIDGES ELLIOTT TYLER &
SALEEBY, P.A.
PO Drawer 1931
Florence, SC 29506
Office: (843) 669-8787
*s/Samuel F. Arthur, III*
Samuel F. Arthur, III (Fed ID #7070)
**sfa@aikenbridges.com**
ATTORNEY FOR DEFENDANT BRANDON
STRICKLAND

2