**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Thomas Wade Long, | ) | Case No. 4:25-cv-07702-SAL-KDW |
| | ) | |
| Plaintiff, | ) | (Horry Co. C/A No. 2025-CP-26-02936) |
| | ) | |
| v. | ) | |
| | ) | |
| William Deitzel, William Dozier, Lisa | ) | **DEFENDANTS' MOTION TO DISMISS** |
| Vault, Joseph Hill and Brandon | ) | **PLAINTIFF'S AMENDED COMPLAINT** |
| Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants William Deitzel, William Dozier, Lisa Vault, and Joseph Hill, along with Defendant Brandon Strickland, jointly and by and through their undersigned counsel, respectfully submit this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Based upon this Motion and accompanying Memorandum in Support; applicable statutory and case law; and any other documents, affidavits, memoranda, or evidence filed or to be filed and properly before the Court, Defendants request this Court grant their Motion and dismiss, with prejudice, Plaintiff's Amended Complaint.

## FACTUAL BACKGROUND

Plaintiff originally initiated this action in state court, alleging one cause of action under 42 U.S.C. § 1983 claiming violations of the First, Fourth, Eighth, and Fourteenth Amendment of the United States Constitution. After Defendants filed a Motion to Dismiss Plaintiff's Complaint, Plaintiff moved to amend and then filed the now-operative Amended Complaint. Plaintiff's Complaint is predicated on actions alleged to have been taken by employees of the Horry County Police Department relative to a business named TNT & More, Inc., and a local election between incumbent Harold Worley and his opponent. *See*

Am. Compl. ¶¶ 7-13.  Plaintiff alleges he was arrested, later released, that an election sign was destroyed, that state court orders were violated, and that these actions violated various rights.

### MOTION

While Plaintiff's Amended Complaint denotes one cause of action, it seeks recovery of damages under the First, Fourth, Fifth, Eighth, and Fourteenth Amendments of the United States Constitution.  Plaintiff's Amended Complaint fails to state a proper cause of action for the following reasons, set forth more fully in Defendants' Memorandum of Support filed contemporaneously herewith.

1.      The Federal Rules of Civil Procedure require that a pleading be plausible. Plaintiff has filed to properly plead any constitutional violations.  *See* Fed. R. Civ. P. 12; Fed. R. Civ. P. 8 *see also Langford v. Joyner*, 62 F.4th 122, 124 (4th Cir. 2023) (quotation marks omitted) (*quoting Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)).

2.      Plaintiff has not set forth any facts or applicable law that would entitle him to relief as to any constitutional protections referenced in the Complaint.  *Id*.

3.      Further, and again in the alternative, Plaintiff's claims are against the individual law enforcement Defendants in their official capacities.  Such claims under § 1983 cannot survive a motion to dismiss.  *See Williams v. Condon*, 347 S.C. 227, 248, 553 S.E.2d 496, 507 (Ct. App. 2001).

4.      Finally, to the extent these claims are actually claims sounding in South Carolina state law and brought pursuant to the South Carolina Tort Claims Act, they are time barred by the applicable two-year statute of limitations found in the South Carolina Tort Claims Act.  *See* S.C. Code Ann. § 15-78-10 *et seq*; *Wells v. S.C.D.C.*, No. 8:10-

2405-CMC, 2010 WL 5479901, at 2 (D.S.C. Nov. 18, 2010), *report and recommendation adopted*, No. C/A 8:10-2405-CMC, 2011 WL 9202 (D.S.C. Jan. 3, 2011).

### CONCLUSION

Thus, for the reasons set forth herein, and as more fully set forth in Defendants' Memorandum of Support, Defendants William Deitzel, William Dozier, Lisa Vault, Joseph Hill, and Brandon Strickland respectfully request this Court dismiss Plaintiff's Amended Summons and Complaint with prejudice.

Respectfully Submitted,

RICHARDSON PLOWDEN & ROBINSON, P.A.
1900 Barnwell Street (29201)
Post Office Drawer 7788
Columbia, South Carolina 29202
(803) 771-4400

*s/ R. Wilder Harte*
R. Wilder Harte (Fed ID #12514)
wharte@richardsonplowden.com
Ashwin R. Sanzgiri (Fed ID #14093)
asanzgiri@richardsonplowden.com

ATTORNEYS FOR DEFENDANTS HORRY COUNTY POLICE DEPARTMENT, WILLIAM DEITZEL, WILLIAM DOZIER, LISA VAULT, AND JOSEPH HILL

AIKEN BRIDGES ELLIOTT TYLER & SALEEBY, P.A.
PO Drawer 1931
Florence, SC 29506
Office: (843) 669-8787

*s/Samuel F. Arthur*
Samuel F. Arthur, III (Fed ID #7070)
sfa@aikenbridges.com

ATTORNEY FOR DEFENDANT BRANDON STRICKLAND

October 3, 2025