IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Thomas Wade Long, | ) | Civil Action No. 4:25CV07702-SAL-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION FOR EXTENSION OF TIME |
| | ) | |
| William Deitzel, William Dozier, Lisa | ) | |
| Vault, Joseph Hill and Brandon Strickland, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CIV-799-03

Plaintiff requests an extension until October 31, 2025 to respond to Defendants' motion to dismiss. Counsel for Defendants consents to this motion.

This 17th day of October, 2025.

PLAYER LAW FIRM, LLC
s/Tucker S. Player; SC Bar No. 16217
FED ID# 7512
512 Village Church Drive
Chapin, SC 29036
(803) 315-6300
Tucker@playerlawfirm.com
Attorney for the Plaintiff